# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-three.

BEFORE:
> GUIDO CALABRESI,
> SUSAN L. CARNEY,
> BETH ROBINSON,
> > *Circuit Judges*.

_____

FELIX APONTE,

> *Plaintiff-Appellant*,    **ORDER**

> v.    No. 20-2186-pr

ADA PEREZ, SUPERINTENDENT DOWNSTATE CORRECTIONAL FACILITY, BRIAN FISCHER, COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES (DOCS), ANTHONY J. ANNUCCI, IN HIS CAPACITY AS DEPUTY COMMISSIONER AND COUNSEL FOR (DOCS), LUCIEN J. LECLAIRE, FORMER ACTING COMMISSIONER OF (DOCS), GLENN S. GOORD, FORMER COMMISSIONER OF (DOCS), ANDREA W. EVANS, IN HER CAPACITY AS CHAIR AND CHIEF EXECUTIVE OFFICER OF THE NEW YORK STATE DIVISION OF PAROLE (DOP), MARK MANTEI, IN HIS CAPACITY AS EXECUTIVE DIRECTOR OF (DOP), ROBERT J. DENNISON, FORMER CHAIR OF (DOP), ANTHONY G. ELLIS, FORMER EXECUTIVE DIRECTOR OF (DOP), GEORGE B. ALEXANDER, FORMER CHAIR AND CHIEF EXECUTIVE OFFICER OF (DOP), IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,

> *Defendants-Appellees*,

CITY OF NEW YORK, CYRUS R. VANCE, JR., SUPERINTENDENT MICHAEL SHEAHAN, FIVE POINTS CORRECTIONAL FACILITY, CARLTON NEWTON, WARDEN RIKERS ISLAND CORRECTIONAL FACILITY, JEROME L. NICOLATO, SUPERINTENDENT ULSTER CORRECTIONAL FACILITY INDIVIDUAL AND IN THEIR OWN OFFICIAL CAPACITY, DOWNSTATE CORRECTIONAL FACILITY, FIVE POINTS CORRECTIONAL FACILITY, ULSTER CORRECTIONAL FACILITY, NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, RIKERS ISLAND DETENTION CENTER, LIVINGSTON CORRECTIONAL FACILITY, EDGECOMBE RESIDENTIAL TREATMENT FACILITY, COLLINS CORRECTIONAL FACILITY, SHELDA WASHINGTON, SUPERINTENDENT, EDGECOMBE RESIDENTIAL TREATMENT FACILITY, MICHAEL GRAZIANO, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY, ELIZABETH O'MEARA, SUPERINTENDENT, GOUVERNEUR CORRECTIONAL FACILITY, GOUVERNEUR CORRECTIONAL FACILITY,

    *Defendants*.

_____

 The parties are ordered to file supplemental letter briefs addressing the effect of our decision in *Vincent v. Annucci*, No. 21-22 (March 23, 2023), 2023 WL 2604235, on the issues raised in this appeal, including the possible availability of punitive damages. Letters should not exceed 5 pages single spaced. The parties must file their letters within 30 calendar days from the date of this order.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court